UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JACOB ALVAREZ VIDES,

   Plaintiff,

v.                                                                No. 4:26-cv-0548-P

WARDEN, PRAIRIELAND DETENTION
CENTER,

   Defendant.

## ORDER

Pro-se Plaintiff is detained in the Prairieland Detention Center in Alvarado, Texas. Petitioner filed a Petition for Writ of Habeas Corpus. ECF No. 1. After review, the Court concludes that this action should be transferred to the Dallas Division of this Court.

Venue for § 1983 actions lies in the judicial district where a defendant resides or in the judicial district where a substantial part of the events or omissions giving rise to the claims occurred. *See* 28 U.S.C. § 1391(b). A district court may, upon its own motion, transfer any civil action to any other district or division where the claim might have been brought, for the convenience of parties and witnesses and in the interest of justice. *See* 28 U.S.C. §§ 1404 and 1406.

Plaintiff's petition has no connection to the Fort Worth Division. He is detained in Alvarado, Texas. Under these circumstances, the Court finds that, for the convenience of the parties and potential witnesses and the interest of justice, this case should be transferred to the Dallas Division. The Court, therefore, **TRANSFERS** this case to the United States District Court, Northern District of Texas, Dallas Division. *See* 28 U.S.C. § 1404(a).

**SO ORDERED** on this **5th day** of **May 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE